**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| TAKATA CORPORATION, <u>et al.</u>[1] | Case No. 17-_____ (___) |
| Debtors in a foreign proceeding. | (Joint Administration Requested) |

**STATEMENT OF TAKATA CORPORATION, AS FOREIGN
REPRESENTATIVE, IN SUPPORT OF CHAPTER 15 PETITION
<u>FOR RECOGNITION OF FOREIGN PROCEEDINGS</u>**

I, Hiroshi Shimizu, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am an Executive Vice President and Executive Director of Takata Corporation ("<u>TKJP</u>"). TKJP is the authorized foreign representative (the "<u>Foreign Representative</u>") for itself, Takata Kyushu Corporation, and Takata Service Corporation (collectively, the "<u>Japanese Debtors</u>"), who are debtors in Civil Rehabilitation Proceedings (the "<u>Japanese Proceedings</u>") under the Civil Rehabilitation Act of Japan, Act No. 225 of December 22, 1999 (the "<u>Civil Rehabilitation Act</u>") before the 20th Department of the Civil Division of the Tokyo District Court Japan (the "<u>Japanese Court</u>") and are the debtors in the above-captioned cases under Chapter 15 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").

2. I respectfully submit this statement, as required under section 1515(c) of the Bankruptcy Code, in support of the verified petition filed by the Foreign Representative seeking

---

[1] The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation. The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan. The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan. The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

recognition by this Court of the Japanese Proceedings as foreign main proceedings for each of the Japanese Debtors.

3. Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, the only insolvency proceeding of any kind pending with respect to the Japanese Debtors and, thus, the only known "foreign proceedings" (as that term is defined in section 101(23) of the Bankruptcy Code) with respect to the Japanese Debtors are their respective Japanese Proceedings, and the relevant case numbers are Heisei 29 (Sai) No. 20 through No. 22.

4. The Foreign Representative intends to commence ancillary proceedings in Canada to recognize the Japanese Proceedings substantially contemporaneously with commencing these chapter 15 cases. The Foreign Representative will apprise the Court accordingly.

*[Remainder of Page Intentionally Left Blank]*

5.      I declare under penalty of perjury under the laws of the United States of America that, based upon my knowledge, information and belief as set forth herein, the foregoing is true and correct.

Dated: August 9, 2017
Tokyo, Japan

TAKATA CORPORATION, as Foreign Representative

By:    Hiroshi Shimizu
Title: Executive Vice President and
       Executive Director
