# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| TAKATA CORPORATION, et al.[1] | Case No. 17-_____ (___) |
| Debtors in a foreign proceeding. | (Joint Administration Requested) |

## FOREIGN REPRESENTATIVE'S MOTION FOR ENTRY OF AN ORDER SCHEDULING THE RECOGNITION HEARING AND SPECIFYING THE FORM AND MANNER OF SERVICE

Takata Corporation ("TKJP"), in its capacity as the authorized foreign representative (the "Foreign Representative") of the Japanese Debtors (as defined below), submits this motion (the "Motion"), pursuant to sections 105(a) and 1514 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rules 2002, 9006, and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting the entry of an order (the "Proposed Order"), substantially in the form attached hereto as Exhibit A, specifying the form and manner of service of notice of: (a) the filing of the Japanese Debtors' Chapter 15 Petitions (as defined herein) and certain related pleadings pursuant to chapter 15 of the Bankruptcy Code, including the *Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding* (the "Verified Petition")[2] and the *Foreign Representative's Motion for Entry of an Order Granting Limited Provisional Relief* (the "Provisional Relief Motion"); (b) this Court's entry of any order granting

---

[1]    The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation.  The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan.  The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan.  The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Verified Petition.

the relief sought in the Provisional Relief Motion (the "Provisional Relief Order"); (c) the deadline (the "Recognition Objection Deadline") by which parties must object to the Foreign Representative's request for entry of a final order granting the relief sought in the Verified Petition (the "Recognition Order"); (d) the hearing for this Court to consider the Chapter 15 Petitions and the Verified Petition (the "Recognition Hearing"); and (e) commencement of the Japanese Proceedings (defined below) and certain key deadlines therein, which will be provided in conjunction with the Chapter 11 Cases (defined below).  In support of this Motion, the Foreign Representative submits the *Declaration of Nobuaki Kobayashi in Support of Verified Petitions for Recognition and Chapter 15 Relief* (the "Japanese Proceedings Declaration") and the *Foreign Representative's Memorandum of Law in Support of Verified Chapter 15 Petitions and Certain Provisional Relief* (the "Memorandum of Law"), filed contemporaneously herewith and incorporated herein by reference.  In further support of this Motion, the Foreign Representative respectfully states as follows:

## BACKGROUND

1.     On June 26, 2017 (Japan time), TKJP and its above-captioned affiliates, Takata Kyushu Corporation ("TK9") and Takata Service Corporation ("TKS," and with TKJP and TK9, collectively, the "Japanese Debtors" and, together with their direct and indirect subsidiaries, "Takata"),[3] commenced Civil Rehabilitation Proceedings (the "Japanese Proceedings") under the Civil Rehabilitation Act of Japan, Act No. 225 of December 22, 1999 (the "Civil Rehabilitation Act") before the 20th Department of the Civil Division of the Tokyo District Court Japan (the

---

[3]     On June 25, 2017, certain of the Japanese Debtors' affiliates filed for bankruptcy under chapter 11 of the Bankruptcy Code.  Those affiliates are:  Takata Americas; TK Finance, LLC; TK China, LLC; TK Holdings Inc.; Takata Protection Systems Inc.; Interiors in Flight Inc.; TK Mexico Inc.; K Mexico LLC; TK Holdings de Mexico, S. de R.L. de C.V.; Industrias Irvin de Mexico, S.A. de C.V.; Takata de Mexico, S.A. de C.V.; and Strosshe-Mex, S. de R.L. de C.V. (collectively, the "Chapter 11 Debtors").

"Japanese Court").  On that date, the Japanese Court issued a temporary restraining order and an order appointing a supervisor for each Japanese Debtor.  The Japanese Court appointed Mr. Katsuyuki Miyakawa, a Japanese lawyer, as the Japanese Debtors' supervisor (the "Supervisor").  On June 28, 2016, the Japanese Court entered orders approving the commencement of the Japanese Debtors' proceedings under the Civil Rehabilitation Act.

2.      Immediately after that filing, the Japanese Debtors entered into (i) an interim accommodation agreement with certain major OEMs to provide certain financial support and other accommodations on an interim basis (the "Interim Accommodation Agreement"),[4] and (ii) a DIP financing agreement with a financial institution.

3.      On August 7, 2017 (Japan time), the Supervisor, pursuant to the powers conferred upon him under the Civil Rehabilitation Act and the Japanese Court Orders, issued a consent authorizing (i) the Japanese Debtors to file the Chapter 15 Cases, and (ii) TKJP to serve as the foreign representative of the Japanese Debtors (the "Supervisor Consent").

4.      On the date hereof, the Foreign Representative commenced these Chapter 15 Cases by filing petitions (collectively, the "Chapter 15 Petitions") pursuant to sections 1504 and 1515 of the Bankruptcy Code (collectively, the "Chapter 15 Cases") seeking recognition by this Court of the Japanese Proceedings as foreign main proceedings under chapter 15 of the Bankruptcy Code.  Concurrently with the filing of this Motion, the Foreign Representative has requested joint administration and procedural consolidation of these Chapter 15 Cases pursuant to Bankruptcy Rule 1015(b).

5.      Contemporaneously with the filing of this Motion, the Foreign Representative filed the Verified Petition, through which the Foreign Representative seeks recognition of the

---

[4]      The Interim Accommodation Agreement expired by its terms on July 31, 2017.  As a result, the Debtors and certain major OEMs are in the process of negotiating and finalizing a final, long-form accommodation agreement (the "Final Accommodation Agreement").

Japanese Proceedings as "foreign main proceedings" as defined in sections 1502(4) and 1517(b)(1) of the Bankruptcy Code.

6.       Additional factual background regarding the Japanese Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these Chapter 15 Cases, is set forth in detail in the Verified Petition.  Details regarding the Japanese Proceedings and the Civil Rehabilitation Act process are set forth in the Verified Petition and the Japanese Proceedings Declaration.

## JURISDICTION AND VENUE

7.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  Recognition of a foreign proceeding and other matters under chapter 15 of the Bankruptcy Code have been designated core matters under 28 U.S.C. § 157(b)(2)(P).

8.       These cases have been properly commenced pursuant to section 1504 of the Bankruptcy Code by the filing of Chapter 15 Petitions for recognition of the Japanese Proceeding under section 1515 of the Bankruptcy Code.

9.       Venue is proper in this District pursuant to 28 U.S.C. § 1410.

10.       The statutory predicates for the relief requested in this Motion are sections 105(a) and 1514 of the Bankruptcy Code and Bankruptcy Rules 2002, 9006, and 9007.

## RELIEF REQUESTED

11.       By this Motion, the Foreign Representative requests entry of the Proposed Order, substantially in the form attached hereto as Exhibit A, (a) approving the notice, substantially in the form attached to the Proposed Order as Exhibit 1 (the "Recognition Notice"), for (i) the filing of the Chapter 15 Petitions and certain related pleadings, including the Verified Petition, the

Provisional Relief Motion, the proposed Recognition Order, and the Japanese Orders, (ii) the Court's entry, if any, of the Provisional Relief Order, (iii) the Recognition Objection Deadline, (iv) the Recognition Hearing; and (v) the commencement of the Japanese Proceedings and key deadlines therein; (b) approving the manner of service of the Recognition Notice on any party that files a notice of appearance in the Chapter 15 Cases prior to the Recognition Hearing; (c) approving the manner of service consistent with Bankruptcy Rule 2002(q) of any pleadings that the Foreign Representative files in these Chapter 15 Cases; (d) authorizing and approving certain notice regarding the Japanese Proceedings to be provided in conjunction with the Chapter 11 Cases; and (e) granting certain related relief.

### A.    Recognition Notice

12.    Pursuant to Bankruptcy Rule 2002(q), the Foreign Representative proposes to serve the Recognition Notice, by first class mail, postage prepaid, on or before three (3) business days after entry of the Proposed Order, on: (a) all persons or bodies authorized to administer the Japanese Proceedings; (b) all entities against whom provisional relief is being sought under section 1519 of the Bankruptcy Code in the Provisional Relief Motion; (c) all parties to litigation pending in the United States to which any of the Japanese Debtors is a party; (d) the Department of Justice, Criminal Division, Fraud Section (the "DOJ"); and (e) the parties on the Master Service List, as defined in paragraph 15 herein (collectively, the "Notice Parties").

13.    The Recognition Notice will: (a) notify the Notice Parties of the filing of the Chapter 15 Petitions and certain related pleadings pursuant to chapter 15 of the Bankruptcy Code, including the Verified Petition, the Provisional Relief Motion, the proposed Recognition Order, and the Japanese Orders; (b) include a copy of the Verified Petition, the Provisional Relief Order, and the proposed Recognition Order (which is attached to the Verified Petition as Exhibit A); (c) set forth the Recognition Objection Deadline and the date and time of the

Recognition Hearing; (d) provide a telephone number, address, and email address by which interested parties may obtain various pleadings filed in these Chapter 15 Cases from counsel to the Foreign Representative; and (e) notify the Notice Parties of certain key deadlines established in the Japanese Proceedings.

### B.    Notice of Appearance

14.    In the event any party subsequently files a notice of appearance and request for notice in these Chapter 15 Cases, the Foreign Representative will serve the Recognition Notice, together with all attachments thereto (or, to the extent the Recognition Order has already been entered by this Court, the Recognition Order), on such party on or before three (3) business days after the filing of such notice of appearance to the extent the Foreign Representative has not already served such documents on the party.

### C.    Master Service List

15.    The Foreign Representative proposes to serve all pleadings that it files in the Chapter 15 Cases by first class mail, postage prepaid, on: (a) counsel to the Chapter 11 Debtors; (b) counsel to any official committee appointed in the Chapter 11 Debtors' cases; (c) the Office of the United States Trustee for the District of Delaware; (d) the Offices of the United States Attorney for each of the District of Delaware and the Eastern District of Michigan; (e) NHTSA; (f) counsel for the Consenting OEMs, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19899 (Attn: Derek C. Abbott, Esq.); (g) the DOJ; (h) counsel to Key Safety Systems, Inc.; and (i) any parties that have entered an appearance and request notice in these Chapter 15 Cases as of the date of service (collectively, the "Master Service List").

**D.      Notice about the Japanese Proceedings to be Provided in Connection with the Chapter 11 Cases**

16.      As this Court is aware, as part of Takata's global restructuring efforts, the Chapter 11 Debtors commenced proceedings under chapter 11 of the Bankruptcy Code in this Court (the "Chapter 11 Cases").  On July 7, 2017, the Chapter 11 Debtors filed the *Motion of Debtors Pursuant to 11 U.S.C. §§ 502(b)(9) and 105(a), Fed. R. Bank. P. 2002, 3003(c)(3), 5005, and 9007, and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Deadlines and Information to Potential PSAN Inflator Claimants* [Case No. 17-11375 (BLS), Docket No. 171] (the "TKH Bar Date & Noticing Motion").  Among other things, the TKH Bar Date & Noticing Motion seeks approval of special noticing procedures formulated to provide notice of the Chapter 11 Cases to individuals who own, or may have owned, vehicles equipped with airbag inflators containing phase-stabilized ammonium nitrate (the "PSAN Inflators") manufactured by the Chapter 11 Debtors prior to the commencement of the Chapter 11 Cases (each such individual, a "PPIC" and, collectively, the "PPICs").  Specifically, the TKH Bar Date & Noticing Motion proposes that the Chapter 11 Debtors will mail a post card-sized "PPIC Combined Notice" (as defined in the TKH Bar Date & Noticing Motion) on the PPICs advising them of important information regarding Takata's global restructuring.

17.      In some instances, TKJP has been named in lawsuits related to PSAN Inflators manufactured by the Chapter 11 Debtors, and TKJP has vigorously defended itself against these lawsuits.  However, given the overlap in claims asserted against the Japanese Debtors and Chapter 11 Debtors, the Japanese Debtors and Chapter 11 Debtors have determined to include information regarding the commencement of the Japanese Proceedings and these Chapter 15

Cases to the PPICs through the PPIC Combined Notice.   Specifically, the PPIC Combined Notice will state as follows:

> **<u>Restructuring Proceedings of Debtors' Japanese Affiliates</u>**. Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation (collectively, "<u>Takata Japan</u>") have commenced proceedings under the Civil Rehabilitation Act ("<u>CRA</u>") in Tokyo, Japan.  Takata Japan is seeking recognition by the Bankruptcy Court of its CRA proceedings under Chapter 15 of the Bankruptcy Code. Parties who believe they have claims against Takata Japan can obtain information about the CRA proceedings at www.takata.com.

A similar statement will also be included on the dedicated case website (the "<u>TKH Case Website</u>") maintained by Prime Clerk LLC ("<u>Prime Clerk</u>"): www.TKRestructuring.com.  The notices referred to in this paragraph are referred to as the "<u>Chapter 11 Case-Related Notices</u>."

## <u>BASIS FOR RELIEF REQUESTED</u>

18.     Bankruptcy Rule 2002(q) provides, in pertinent part, that:

> The clerk, or some other person as the court may direct, shall forthwith give the debtor, all persons or bodies authorized to administer foreign proceedings of the debtor, all entities against whom provisional relief is being sought under § 1519 of the Code, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and such other entities as the court may direct, at least 21 days' notice by mail of the hearing on the petition for recognition of a foreign proceeding. The notice shall state whether the petition seeks recognition as a foreign main proceeding or foreign nonmain proceeding.

Fed. R. Bankr. P. 2002(q)(1).

19.     Bankruptcy Rule 2002(m), in turn, provides that "the court may from time to time enter orders designating the matters in respect to which, the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by [the Bankruptcy Rules]."

Fed. R. Bankr. P. 2002(m).

20.     The Japanese Debtors have certain creditors, potential creditors, and other parties in interest that must be provided with notice of the proposed Recognition Order, the Provisional Relief Order, the Recognition Objection Deadline, and the Recognition Hearing, as required by the Bankruptcy Rules.  Given the facts and circumstances of the Japanese Proceedings and the Chapter 15 Cases, the Foreign Representative submits that service of the Recognition Notice in the manner proposed herein will provide the Notice Parties due and sufficient notice and service of such matters and any associated objection deadlines and hearing dates, as well as key dates and deadlines in the Japanese Proceedings.

21.     Furthermore, the Recognition Notice provides more than one method for any party receiving such notice to obtain copies of pleadings filed in these Chapter 15 Cases, as it provides a telephone number, address, and email address that can be used to obtain critical documents—including the Verified Petition, the Provisional Relief Order, and the proposed Recognition Order—in these Chapter 15 Cases.   Additionally, service by the Foreign Representative of all pleadings that it files in these Chapter 15 Cases on the Master Service List is an efficient and effective way to provide notice to key parties.

22.     Accordingly, the Foreign Representative requests that the Court declare that its service to the Notice Parties of the Recognition Notice, together with the Verified Petition, the Provisional Relief Order, and the proposed Recognition Order, as proposed herein, is due and sufficient notice on all interested parties of the filing of the Chapter 15 Petitions, the Verified Petition, this Court's entry of the Provisional Relief Order, the proposed Recognition Order, and the commencement of the Japanese Proceedings.

23.     Providing the Chapter 11 Case-Related Notices in conjunction with the Chapter 11 Debtors will advise the PPICs, as well as any party reviewing information about the Chapter

01:22061169.11

11 Debtors and the Chapter 11 Cases through the TKH Case Website, of the existence of the Japanese Proceedings and these Chapter 15 Cases and the ability to obtain information on the Japanese Debtors' website, www.takata.com, where information (including English-language translations of important documents) about the Japanese Proceedings is posted.  Doing this apprises United States-based PPICs, and other parties participating the Chapter 11 Cases, of the existence of the Japanese Proceedings and allows them to take appropriate action.

24.    Finally, section 1514(c) of the Bankruptcy Code states that when "a notification of commencement of a case is to be given to foreign creditors, such notification shall (1) indicate the time period for filing proofs of claim and specify the place for filing such proofs of claim; [and] (2) indicate whether secured creditors need to file proofs of claim."  11 U.S.C. § 1514(c).  As explained in Collier, section 1514 of the Bankruptcy Code is the "last in a series of sections dealing with the international aspects of cases under chapters other than chapter 15."  See 8 Alan N. Resnick & Henry J. Sommer, Collier on Bankruptcy ¶ 1514.01 (16th ed.) (emphasis added).  Nonetheless, the proposed Recognition Notice complies (or substantially complies) with the requirements of section 1514(c) of the Bankruptcy Code.

## NOTICE

25.    Notice of this Motion has been provided to: (a) counsel to the Chapter 11 Debtors; (b) counsel to any official committee appointed in the Chapter 11 Debtors' chapter 11 cases; (c) the Office of the United States Trustee for the District of Delaware; (d) the Offices of the United States Attorney for each of the District of Delaware and the Eastern District of Michigan; (e) NHTSA; (f) the DOJ; (g) counsel for the Consenting OEMs, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, Wilmington, DE 19899 (Attn: Derek C. Abbott, Esq.); and (h) counsel to Key Safety Systems, Inc.  In light of the nature of the relief

requested herein, the Foreign Representative submits that no other or further notice of this Motion is necessary or required.

*[Remainder of Page Intentionally Left Blank]*

01:22061169.11

WHEREFORE, the Foreign Representative respectfully requests entry of the Proposed

Order, substantially in the form attached hereto as Exhibit A, and that the Court grant such other

relief as is just and proper.

Dated: August 9, 2017
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

NAGASHIMA OHNO & TSUNEMATSU
Nobuaki Kobayashi (*pro hac vice admission pending*)
JP Tower
2-7-2 Marunouchi, Chiyoda-ku
Tokyo 100-7036, Japan
Telephone:  +81-3-6889-7000
Facsimile:  +81-3-6889-8000

*Counsel to the Foreign Representative*

**<u>Exhibit A</u>**

**Proposed Order**

01:22061169.11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| TAKATA CORPORATION, et al.[1] | Case No. 17-_____ (___) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | **Ref. Docket No. __** |

## ORDER SCHEDULING THE RECOGNITION HEARING
## AND SPECIFYING THE FORM AND MANNER OF SERVICE

Upon the motion (the "Motion")[2] of Takata Corporation, in its capacity as the authorized

foreign representative (the "Foreign Representative") of itself, Takata Kyushu Corporation, and

Takata Service Corporation (collectively, the "Japanese Debtors"), requesting the entry of an

order specifying the form and manner of service of the notice of: (a) the filing of the Japanese

Debtors' Chapter 15 Petitions and certain related pleadings pursuant to chapter 15 of the

Bankruptcy Code, including the Verified Petition and the Provisional Relief Motion; (b) this

Court's entry of the Provisional Relief Order, if any; (c) the Recognition Objection Deadline;

(d) the Recognition Hearing; and (e) the commencement of the Japanese Proceedings and certain

key deadlines therein; and upon the Japanese Proceedings Declaration and the Memorandum of

Law; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334

and the *Amended Standing Order of Reference from the United States District Court for the*

---

[1]  The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation.  The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan.  The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan. The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

*District of Delaware*, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. § 1410; and appropriate notice of and the opportunity for a hearing on the Motion having been given; and the relief requested in the Motion being in the best interests of the Japanese Debtors' estates, their creditors and other parties in interest; and the Court having determined that the relief requested in the Motion is consistent with the purpose of chapter 15 of the Bankruptcy Code and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Recognition Notice, in substantially the form attached hereto as <u>Exhibit 1</u>, is hereby approved.

3.      Prior to mailing the Recognition Notice, the Foreign Representative may fill in any missing dates or other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further non-material, non-substantive changes as the Foreign Representative deems necessary or appropriate.

4.      The Foreign Representative shall serve on the Notice Parties, or caused to be served, copies of the Recognition Notice, the Verified Petition, the Provisional Relief Order, and the proposed Recognition Order, by first class mail, postage prepaid, on or before three (3) business days after entry of this Order.

5.      From and after the date of entry of this Order, the Foreign Representative shall serve, or caused to be served, on the Master Service List, including any party requesting to be

added thereto, all pleadings filed by the Foreign Representative in these Chapter 15 Cases by first class mail, postage prepaid.

6.      To the extent not previously served, in the event that any party files a notice of appearance and request for notice in these Chapter 15 Cases, the Foreign Representative shall serve, or caused to be served, on such party the Recognition Notice, the Provisional Relief Order, and the proposed Recognition Order (or, to the extent the Recognition Order has already been entered by this Court, the Recognition Order) on or before three (3) business days after the filing of such notice of appearance by first class, mail postage prepaid.

7.      Service of the Recognition Notice, the Provisional Relief Order, and the proposed or entered Recognition Order in accordance with this Order is hereby approved as due and sufficient notice of, and service of notice of, the filing of the Chapter 15 Petitions, the Verified Petition, the proposed Recognition Order, the Recognition Hearing, the Recognition Objection Deadline, and the Japanese Proceedings on all interested parties in these Chapter 15 Cases.

8.      Service of the Provisional Relief Order and the proposed Recognition Order in accordance with this Order is hereby approved as due and sufficient notice and service of such orders on all interested parties in these Chapter 15 Cases.

9.      The inclusion of information regarding the Japanese Proceedings and these Chapter 15 Cases (i) in the PPIC Combined Notice to be served on the PPICs (to the extent such notice by the Chapter 11 Debtors is authorized and approved in the Chapter 11 Cases), and (ii) on the TKH Case Website, is hereby authorized and approved.

10.      Any responses or objections to the Chapter 15 Petitions or the Court's entry of the Recognition Order must be made in accordance with the Bankruptcy Code, the Local Rules, and the Bankruptcy Rules, including, without limitation, Bankruptcy Rule 1012, and must be

(i) made in writing, describe the basis therefore, and indicate the nature and extent of the respondent's interests in the Japanese Debtors' Chapter 15 Cases, (ii) filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and (iii) served upon (a) Nobuaki Kobayashi and Tomohiro Okawa, Nagashima Ohno & Tsunematsu, JP Tower, 2-7-2 Marunouchi, Chiyoda-ku, Tokyo 100-7036, Japan, and (b) Robert S. Brady, Esq. and Pauline K. Morgan, Esq., Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, so as to be received by them on or before _____, 2017 at 4:00 p.m. prevailing Eastern Time.

11.    Service of the Recognition Notice as set forth herein is deemed to satisfy section 1514(c) of the Bankruptcy Code, to the extent such section is applicable to these Chapter 15 Cases.

12.    The Recognition Hearing is scheduled to be held on _____, 2017, at _____ prevailing Eastern Time.

13.    This Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the Motion or the implementation of this Order.

Dated:  August _____, 2017
            Wilmington, Delaware            _____
                                            BRENDAN LINEHAN SHANNON
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Recognition Notice**

01:22061169.11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 15 |
| TAKATA CORPORATION, <u>et al.</u>[1] | Case No. 17-_____ (___) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
|  | **Hearing Date: [●], 2017 at [●] (ET)**<br>**Objection Deadline: [●], 2017 at [●] (ET)** |

**NOTICE OF HEARING ON PETITIONS UNDER**
**CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on August 9, 2017, Takata Corporation, in its capacity as the authorized foreign representative (the "<u>Foreign Representative</u>") of itself, Takata Kyushu Corporation, and Takata Service Corporation (collectively, the "<u>Japanese Debtors</u>"),[2] who are debtors in Civil Rehabilitation Proceedings (the "<u>Japanese Proceedings</u>") under the Civil Rehabilitation Act of Japan, Act No. 225 of December 22, 1999 (the "<u>Civil Rehabilitation Act</u>") before the 20th Department of the Civil Division of the Tokyo District Court Japan (the "<u>Japanese Court</u>") commenced on June 26, 2017 (Japanese time) (the "<u>Japanese Petition Date</u>"), filed petitions (collectively, the "<u>Chapter 15 Petitions</u>") commencing these chapter 15 cases (the "<u>Chapter 15 Cases</u>"), which are ancillary to the Japanese Proceedings.

**PLEASE TAKE FURTHER NOTICE** that in these Chapter 15 Cases, the Foreign Representative has filed the *Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding* (the "<u>Verified Petition</u>"). Attached to the Verified Petition as <u>Exhibit A</u> is a copy of the proposed final order granting the relief sought in the Verified Petition (the "<u>Proposed Recognition Order</u>"). A copy of the Verified Petition and the Proposed Recognition Order is attached as <u>Exhibit I</u> hereto.

**PLEASE TAKE FURTHER NOTICE** that among other things, the Verified Petition seeks the entry of an order granting recognition to the Japanese Proceedings as foreign main proceedings.

---

[1]    The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation. The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan. The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan. The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

[2]    On June 25, 2017, certain of the Japanese Debtors' affiliates filed for bankruptcy under chapter 11 of the Bankruptcy Code. Those affiliates are: Takata Americas; TK Finance, LLC; TK China, LLC; TK Holdings Inc.; Takata Protection Systems Inc.; Interiors in Flight Inc.; TK Mexico Inc.; TK Mexico LLC; TK Holdings de Mexico, S. de R.L. de C.V.; Industrias Irvin de Mexico, S.A. de C.V.; Takata de Mexico, S.A. de C.V.; Strosshe-Mex, S. de R.L. de C.V. (collectively, the "<u>Chapter 11 Debtors</u>").

PLEASE TAKE FURTHER NOTICE that, on [●], 2017, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain order granting provisional injunctive and related relief under sections 105(a) and 1519 of the Bankruptcy Code [D.I. [●]] (the "Provisional Relief Order"). The Provisional Relief Order, among other things, grants, on a provisional basis, certain protections afforded by the Bankruptcy Code, including those protections arising under the automatic stay provided under section 362 of the Bankruptcy Code. A copy of the Provisional Relief Order is attached as Exhibit II hereto.

PLEASE TAKE FURTHER NOTICE that pursuant to the *Order Scheduling the Recognition Hearing and Specifying the Form and Manner of Service* [D.I. [●]], entered on [●], 2017 (the "Scheduling Order"), the Bankruptcy Court has scheduled a hearing before the Honorable Brendan Linehan Shannon in Courtroom No. 1 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Wilmington, Delaware 19801, on [●], 2017 at [●] (prevailing Eastern Time) (the "Recognition Hearing"), to consider approval of the Verified Petition and granting of the relief requested therein on a final basis, including entry of the Proposed Recognition Order recognizing the Japanese Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Scheduling Order, any responses or objections to the Chapter 15 Petitions or the Bankruptcy Court's entry of the Recognition Order shall be (i) made in writing, describe the basis therefore, and indicate the nature and extent of the respondent's interests in the Japanese Debtors' Chapter 15 Cases, (ii) filed with the Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and (iii) served upon (a) Nobuaki Kobayashi and Tomohiro Okawa, Nagashima Ohno & Tsunematsu, JP Tower, 2-7-2 Marunouchi, Chiyoda-ku, Tokyo 100-7036, Japan, and (b) Robert S. Brady, Esq. and Pauline K. Morgan, Esq., Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, so as to be received by 4:00 p.m. (prevailing Eastern Time) on [●], 2017.

PLEASE TAKE FURTHER NOTICE that all parties in interest in the Chapter 15 Cases that are opposed to the Chapter 15 Petitions or the Bankruptcy Court's entry of the Proposed Recognition Order must appear at the Recognition Hearing, which hearing may be adjourned from time to time without further notice except for an in-court announcement at the Recognition Hearing or a filing by the Foreign Representative on the docket of the Chapter 15 Cases of the date and time to which the Recognition Hearing has been adjourned.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS TO THE CHAPTER 15 PETITIONS OR THE ENTRY OF THE RECOGNITION ORDER ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE AND ENTER THE PROPOSED RECOGNITION ORDER WITHOUT FURTHER NOTICE OR A HEARING.

PLEASE TAKE FURTHER NOTICE that copies of the Chapter 15 Petitions, the Verified Petition and the other pleadings filed in the Chapter 15 Cases, are available by contacting Debbie Laskin, paralegal at Young Conaway Stargatt & Taylor, LLP, co-counsel for the Foreign Representative, either by (i) calling (302) 571-6600, or (ii) requesting copies in writing at Young Conaway Stargatt & Taylor, LLP, Attn: Debbie Laskin, Rodney Square, 1000 North King Street, Wilmington, DE 19801 or

dlaskin@ycst.com.  You may also obtain copies of any pleadings filed in these Chapter 15 Cases for a fee via PACER at: http://www.deb.uscourts.gov.  Information regarding the Japanese Proceedings will also be available on the website of the Japanese Debtors:  http://www.takata.com, under the section "News Releases."

PLEASE TAKE FURTHER NOTICE that the Japanese Court has established the following deadlines in the Japanese Proceedings, which are subject to change by the Japanese Court:

| Deadline | Date (Japanese Time) |
|---|---|
| Deadline for Parties to Submit Proofs of Rehabilitation Claims in the Japanese Proceedings | August 25, 2017 |
| Deadline for Japanese Debtors to Submit Inventory of Assets and Balance Sheets | October 12, 2017 |
| Deadline for Japanese Debtors to Submit Statement of Approval or Disapproval of Proofs of Rehabilitation Claims | October 30, 2017 |
| Expiration of the Period for Japanese Debtors to Examine Proofs of Rehabilitation Claims | November 13, 2017 |
| Deadline for Japanese Debtors to Submit Proposed Rehabilitation Plan | November 27, 2017 |

PLEASE TAKE FURTHER NOTICE that, if you believe you hold a claim against the Japanese Debtors arising prior to the Japanese Petition Date, you must file a proof of rehabilitation claim **with the Japanese Court** in accordance with the procedures established by the Japanese Court in the Japanese Proceeding **no later than August 25, 2017 (Japanese time)**.  **PROOFS OF REHABILITATION CLAIMS SENT TO THE BANKRUPTCY COURT IN THE UNITED STATES WILL <u>NOT</u> BE ACCEPTED OR FORWARDED TO THE JAPANESE COURT.**

BY ORDER OF THE COURT
Dated: August __, 2017

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (No. 2847)
Pauline K. Morgan (No. 3650)
Ryan M. Bartley (No. 4985)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

NAGASHIMA OHNO & TSUNEMATSU
Nobuaki Kobayashi (*pro hac vice admission pending*)
JP Tower
2-7-2 Marunouchi, Chiyoda-ku
Tokyo 100-7036, Japan
Telephone:  +81-3-6889-7000
Facsimile:  +81-3-6889-8000

*Counsel to the Foreign Representative*

**<u>Exhibit I</u>**

**Verified Petition with Proposed Recognition Order**

**<u>Exhibit II</u>**

**Provisional Relief Order**

01:22061169.11