**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TAKATA CORPORATION, et al.[1]<br><br>Debtors in a foreign proceeding. | Chapter 15<br><br>Case No. 17-_____ (___)<br><br>(Joint Administration Requested) |

**DECLARATION OF SHANKAR DURAISWAMY OF COVINGTON & BURLING LLP IN SUPPORT OF PROVISIONAL RELIEF**

I, Shankar Duraiswamy, being sworn, hereby certify that the following information is true:

1. I am competent to testify to the facts stated in this Declaration, which are based on my personal knowledge.

2. I am a partner at the law firm Covington & Burling LLP ("Covington").

3. I am one of the primary counsel for Takata Corporation ("TKJP") in ongoing product liability and consumer litigation in various jurisdictions across the United States.

4. TKJP is named as a defendant in more than 100 lawsuits pending throughout the country. Some of these lawsuits, including a nationwide consumer class action on behalf of tens of millions of consumers, are centralized in a multidistrict litigation pending in the United States District Court for the Southern District of Florida, *In re Takata Airbag Products Liability Litigation*, MDL No. 2599. If the actions against TKJP are not provisionally stayed pending formal recognition of TKJP's insolvency proceedings in Japan, TKJP will have to meet a significant number of filing deadlines, comply with substantial

---

[1] The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation. The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan. The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan. The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

discovery obligations, and attend multiple hearings during the next forty-five days. Those deadlines and obligations are described in detail below and summarized at Appendix A.

5. **Responsive pleadings and motions.** I am aware of 10 responsive pleadings, motions, and other briefs that must be filed in August or September absent a provisional stay. These deadlines include the following:

- a. August 10, 2017: By or before this date, TKJP must submit a response to the complaint in a personal injury action in the U.S. District Court for the Eastern District of Louisiana, *Moore v. Takata Corp.* (Case No. 2:17-cv-01379-SSV-MBN).

- b. August 14, 2017: By or before this date, TKJP must submit a response to plaintiff's motion to vacate the JPML's Conditional Transfer Order in an economic loss action pending in California, *Alcantar v. Volkswagen Group of America, Inc., et al.* (Case No. CAC/2:17-cv-04514).

- c. August 15, 2017: By or before this date, TKJP must file a motion to dismiss in a personal injury action that has been centralized in the MDL, *Dillman v. Takata Corp.* (Case No. 15-20664-CV-MORENO).

- d. August 15, 2017: By or before this date, TKJP must file a motion to dismiss in a personal injury action that has been centralized in the MDL, *Kulp v. Takata Corp.* (Case No. 17-21439-CV-MORENO).

- e. August 21, 2017: TKJP must submit a responsive pleading in a personal injury action pending in Florida state court, *Beaubien v. American Honda Motor Co.* (Case No. 50-2017-CA-001701-XXXX-MB, Palm Beach Cnty).

- f. August 31, 2017: TKJP must submit a responsive pleading in a personal injury action pending in Alabama state court, *Wilson v. Alfa Mutual General Insurance Co.* (Case No. 01-CV-2016-903481, Jefferson Cnty).

- g. September 2, 2017: By or before this date, TKJP must file an answer in response to Plaintiffs' Third Amended Consolidated Economic Loss Complaint in the MDL (Case No. 15-MD-2599-FAM).

- h. September 5, 2017: By or before this date, TKJP anticipates submitting a reply in support of a motion to dismiss in a personal injury action that has been centralized in the MDL, *Dillman v. Takata Corp.* (Case No. 15-20664-CV-MORENO).

- i. September 5, 2017: By or before this date, TKJP anticipates submitting a reply in support of a motion to dismiss in a personal injury action that has been centralized in the MDL, *Kulp v. Takata Corp.* (Case No. 17-21439-CV-MORENO).

2

    j.    <u>September 11, 2017</u>: By or before this date, TKJP must file a motion to dismiss in a personal injury action that has been centralized in the MDL, *Mokti v. Takata Corp.*, Case No. 17-21298-CV-MORENO).

6.    **Document production obligations.** TKJP has ongoing obligations to respond to discovery requests and produce documents in the MDL and several state court actions. The process of reviewing and producing responsive documents is very labor-intensive and therefore requires a significant expenditure of resources by Covington, other law firms, and discovery vendors.

7.    **Depositions.** There are two depositions scheduled to take place in August in cases in which TKJP has been named and served. Absent a provisional stay, TKJP would incur expenses in attending or taking these depositions:

    a.    <u>September 13–14, 2017</u>: The deposition of Honda employee Mark Sislowski is scheduled as part of the MDL litigation (Case No. 15-MD-2599-FAM). If the deposition occurs, TKJP would almost certainly have to examine the witness to defend itself, based on the issues presented by Honda's interaction with Takata with respect to the phase-stabilized ammonium nitrate inflators that are the subject of the litigation.

    b.    <u>September 14–15, 2017</u>: The deposition of Honda employee Amy Bailey is scheduled as part of the MDL litigation (Case No. 15-MD-2599-FAM). If the deposition occurs, TKJP would almost certainly have to examine the witness to defend itself, based on the issues presented by Honda's interaction with Takata with respect to the phase-stabilized ammonium nitrate inflators that are the subject of the litigation.

8.    **Conferences and hearings.** At least one conference or hearing is scheduled for August and September for which TKJP would be required or expected to attend absent a provisional stay:

    a.    <u>August 16, 2017</u>: TKJP anticipates attending a status conference in a personal injury action pending in Utah state court, *Anderson v. Daicel Corp.* (Case No. 160907704, 2d Judicial Dist. Ct.).

9.    **Financial cost.** From January to June 2017, TKJP has incurred approximately $877,000 per month on average in legal fees and costs to Covington & Burling LLP for work on airbag-related litigation.

10. I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge and belief.

Executed on August 9, 2017.

By: */s/ Shakar Duraiswamy*

Shankar Duraiswamy

# Appendix A

| Date | Case Activity |
|---|---|
| Ongoing | Production of documents |
| 8/10/2017 | Responsive pleading deadline |
| 8/14/2017 | Response to motion to vacate deadline |
| 8/15/2017 | Motion to dismiss deadline |
| 8/15/2017 | Motion to dismiss deadline |
| 8/16/2017 | Status conference |
| 8/21/2017 | Responsive pleading deadline |
| 8/31/2017 | Responsive pleading deadline |
| 9/02/2017 | Answer to class action complaint deadline |
| 9/05/2017 | Reply deadline |
| 9/05/2017 | Reply deadline |
| 9/11/2017 | Motion to dismiss deadline |
| 9/13/2017 | MDL Honda deposition |
| 9/14/2017 | MDL Honda deposition (#1) |
| 9/14/2017 | MDL Honda deposition (#2) |
| 9/15/2017 | MDL Honda deposition |