**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| TAKATA CORPORATION, et al.[1] | Case No. 17-11713 (BLS) |
| Debtors in a foreign proceeding. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR MATTER SCHEDULED FOR HEARING ON NOVEMBER 14, 2017 AT 9:00 A.M. (ET)**

1. Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings [D.I. 2; 8/9/17]

   Objection Deadline: September 6, 2017 at 4:00 p.m. (ET), extended for: the MDL Plaintiffs to September 22, 2017; the Consenting OEMs to October 31, 2017; and the Official Committee of Unsecured Creditors for the Chapter 11 Debtors to November 2, 2017

   Related Documents:

   a) Statement of Takata Corporation, as Foreign Representative, in Support of Chapter 15 Petition for Recognition of Foreign Proceedings [D.I. 3; 8/9/17]

   b) Declaration of Nobuaki Kobayashi in Support of Verified Petition for Recognition and Chapter 15 Relief [D.I. 9; 8/9/17]

   c) Order Granting Limited Provisional Relief for Recognition of a Foreign Proceeding [D.I. 25, 8/11/17]

   d) Notice of Hearing on Petitions Under Chapter 15 of the United States Bankruptcy Code [D.I. 31, 8/15/17]

   e) Notice of Rescheduled Hearing on Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings [D.I. 65, 9/28/17]

---

[1] The chapter 15 debtors are Takata Corporation, Takata Kyushu Corporation, and Takata Service Corporation. The registered office for Takata Corporation and Takata Service Corporation is located at 2-12-31 Akasaka, Minato-ku, Tokyo, 107-0052, Japan. The registered office for Takata Kyushu Corporation is located at 2195-4 Oaza Befu, Higashitaku-machi, Taku-shi, Saga, 846-0012, Japan. The Foreign Representative is located at Takata Corporation, 2-3-14 Higashishinagawa, Shinagawa-ku, Tokyo, 140-0002, Japan.

[2] **Amendments appear in bold.**

 f) Notice of Proposed (*Revised*) Order Granting Final Relief for Recognition of Foreign Main Proceedings [D.I. 74, 11/9/17]

 **g) Foreign Representative's Reply to the Takata MDL Plaintiffs' Objection to the Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings [D.I. 77, 11/10/17]**

 **h) Supplemental Declaration of Nobuaki Kobayashi in Support of the Verified Petition for Entry of an Order Recognizing foreign Main Proceedings [D.I. 78, 11/10/17]**

 **i) Joint Stipulation of Agreed Upon Facts for Purposes of the Chapter 15 Recognition Hearing Only [D.I. 81, 11/13/17]**

Responses Filed:

 a) Limited Response and Reservation of Rights of Chapter 11 Official Committee of Unsecured Tort Claimant Creditors to Verified Petition for Recognition and Chapter 15 Relief [D.I. 60, 9/15/17]

 b) The Takata MDL Plaintiffs' Objection to the Verified Petition for Entry of an Order Recognizing Foreign Main Proceedings [D.I. 62, 9/22/17]

Status: **The parties have agreed to a joint stipulation of facts to streamline the hearing, which have been filed with the Court. This matter will be going forward on a contested basis.**

Dated: November 10, 2017     YOUNG CONAWAY STARGATT & TAYLOR, LLP
   Wilmington, Delaware

            */s/ Ryan M. Bartley*
            Robert S. Brady (No. 2847)
            Pauline K. Morgan (No. 3650)
            Ryan M. Bartley (No. 4985)
            Rodney Square
            1000 North King Street
            Wilmington, Delaware 19801
            Telephone: (302) 571-6600
            Facsimile: (302) 571-1253
            rbrady@ycst.com
            pmorgan@ycst.com
            rbartley@ycst.com

            -and-

        Debra A. Dandeneau, Esq.
        Peter S. Goodman, Esq.
        BAKER & MCKENZIE LLP
        452 Fifth Avenue
        New York, NY 10018
        Telephone: (212) 626-4100
        Facsimile: (212) 310-1600
        Debra.Dandeneau@bakermckenzie.com
        Peter.Goodman@bakermckenzie.com

*Counsel to the Foreign Representative*